# In the United States Court of Federal Claims

No. 16-259C
(Filed: November 30, 2016)

```
*************************************
HEALTH REPUBLIC INSURANCE      *
COMPANY,                       *
                               *
            Plaintiff,         *
                               *
v.                             *
                               *
THE UNITED STATES,             *
                               *
            Defendant.         *
*************************************
```

**ORDER**

On November 29, 2016, defendant in the above-captioned case filed a Notice of Supplemental Authority. Plaintiff may, if it chooses to do so, file a response to defendant's notice by **no later than Tuesday, December 6, 2016**. The response shall not exceed five pages in length.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge