# In the United States Court of Federal Claims

No. 16-259C
(Filed: December 6, 2016)

```
*************************************
HEALTH REPUBLIC INSURANCE       *
COMPANY,                        *
                                *
            Plaintiff,          *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
*************************************
```

## ORDER

The oral argument scheduled in the above-captioned case for **Thursday, December 8, 2016**, is **CANCELLED**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge